UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Insight Chicago, Inc.
                        Plaintiff,

v.                                                     Case No.: 1:23−cv−14328
                                                          Honorable Andrea R. Wood

Xavier Becerra, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 6, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: In−Court status hearing held on 10/6/2023. Consistent with the Court's oral ruling, Plaintiff's emergency motion for mandamus or, in the alternative, injunctive and declaratory relief [4], which is construed as a motion for entry of a temporary restraining order, is granted. The Temporary Restraining Order is entered effective 5:00 p.m. on 10/6/2023 and shall expire on 11/6/2023 or until such other time as may be ordered by the Court. Enter Temporary Restraining Order. Plaintiff shall file their anticipated motion for entry of a preliminary injunction by 10/13/2023. Defendants shall file their response by 10/20/2023. Plaintiff shall file their reply by 10/25/2023. Furthermore, Defendants' anticipated motion to dismiss Plaintiff's complaint shall be filed by 10/13/2023. Plaintiff shall file a response by 10/20/2023. Defendants shall file a reply by 10/25/2023. Telephonic status hearing set for 10/27/2023 at 9:30 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.