## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Insight Chicago, Inc.

                          Plaintiff,

v.                                                      Case No.: 1:23–cv–14328
                                                      Honorable Andrea R. Wood

Xavier Becerra, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 16, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: The parties' agreed motion to postpone briefing schedules [20] is granted. As the parties have reported that they are engaged in settlement discussions and desire to postpone briefing the preliminary injunction motion and motion to dismiss while they pursue those discussions, the briefing schedule set on 10/6/2023 [16] is stricken. Telephonic status hearing set for 10/27/2023 remains firm. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.