UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INSIGHT CHICAGO, INC., D/B/A INSIGHT HOSPITAL AND MEDICAL CENTER CHICAGO, <br><br> Plaintiff, <br><br> v. <br><br> XAVIER BECERRA, SECRETARY OF HEALTH AND HUMAN SERVICES, in his official capacity, and <br><br> CAROLE JOHNSON, ADMINISTRATOR OF THE HEALTH RESOURCES AND SERVICES ADMINISTRATION, in her official capacity, <br><br> Defendants. | Case No. 23-cv-14328 <br><br> Judge Andrea R. Wood |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Insight Chicago, Inc., d/b/a Insight Hospital and Medical Center Chicago, by and through its undersigned attorneys, and Defendants, Xavier Becerra, Secretary of Health and Human Services, and Carole Johnson, Administrator of the Health Resources and Services Administration, by and through their attorneys, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this matter with prejudice, with each side to bear their own attorneys' fees and costs.

Dated: October 31, 2023

Respectfully submitted,

| | |
|---|---|
| EPSTEIN BECKER & GREEN, P.C. | MORRIS PASQUAL<br>Acting United States Attorney |
| By: *s/ James J. Oh*<br>James J. Oh<br>Epstein Becker Green, P.C.<br>227 W. Monroe, Suite 3250<br>Chicago, IL  60606<br>joh@ebglaw.com<br>(312) 499-1470 | By:      *s/ Jordan A. Rosen*<br>         JORDAN A. ROSEN<br>         Assistant U.S. Attorney<br>         219 S. Dearborn Street<br>         Chicago, Illinois  60604<br>         jordan.rosen@usdoj.gov<br>         (312) 353-5331 |
| George B. Breen (*pro hac vice*)<br>Epstein Becker Green, P.C.<br>1227 25th Street, N.W., 8th Floor<br>Washington, DC 20037<br>gbreen@ebglaw.com<br>(202) 861-1823 | |
| Robert E. Wanerman (*pro hac vice*)<br>Epstein Becker Green, P.C.<br>1227 25th Street, N.W., 7th Floor<br>Washington, DC 20037<br>rwanerman@ebglaw.com<br>(202) 861-1885 | |

FIRM:62922793v1